## MESERVEY v. WEBSTER COUNTY.

TAXATION: ASSESSMENT.

*Appeal from Webster Circuit Court.*

WEDNESDAY, JUNE 6.

THIS is an action to recover taxes paid by plaintiff upon her property for the years 1869 and 1870. The petition alleges that the property was situated in Wahkonsa township, Webster county; that the taxing officers of defendant for the years 1869 and 1870 assumed to levy certain taxes upon plaintiff's property; that at the time of the levy her property had not been assessed for taxation for those years, by any officer appointed or elected for that purpose; that she paid taxes in ignorance of the fact that her property had not been duly and legally assessed, and that she did not discover this fact until the year 1875, when she brought this action. The cause was tried by the court, and judgment was rendered for the plaintiff for $451.42. Defendant appeals.

*John F. Duncombe*, for appellant.

*Theo. Hawley*, for appellee.

DAY, CH. J.—Appellee concedes that this case involves the same question as that presented in *Snell v. City of Ft. Dodge*. When this case was submitted that case had not been decided. Since the submission of this case, *Snell v. City of Ft. Dodge* has been determined adversely to the position of appellee in this case. See 45 Iowa, 564. Following that case, this must be

REVERSED.